IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01225-MSK-BNB (consolidated with Case No. 04-cv-01226-MSK-BNB)

MALIK M. HASAN, M.D., an individual; and
SEEME G. HASAN, an individual,

    Plaintiffs,

v.

GOLDMAN SACH 1998 EXCHANGE PLACE FUND, L.P., a Delaware limited partnership;
GOLDMAN SACHS 1999 EXCHANGE PLACE FUND, L.P., a Delaware limited partnership;
GOLDMAN SACHS MANAGEMENT PARTNERS, L.P., a Delaware limited partnership;
GOLDMAN SACHS MANAGEMENT, INC., a Delaware corporation;
THE GOLDMAN SACHS GROUP, INC., a Delaware corporation;
GOLDMAN, SACHS & CO., a New York limited partnership;
JOHN DOES 1-100, individual persons whose true identities are unknown; and
LENDER PARTIES 1-100, business entities whose true identities are unknown,

    Defendants.

## ORDER TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

THIS MATTER came before the Court for a bench trial on November 9 and 10, 2005. The Court issued an oral ruling on December 6, 2005, concluding that the Plaintiffs' claims are subject to arbitration in the City of New York. The Court incorporates its oral findings of fact and conclusions of law herein. Pursuant to the same, it is in the interest of justice pursuant to 28 U.S.C. § 1404(a) to transfer this case to the United States District Court for the Southern District of New York so that arbitration can be compelled and supervised pursuant to 9 U.S.C. § 4.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall transfer this case to the United States District Court for the Southern District of New York.

Dated this 6th day of December, 2005

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge